IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL E. HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-1363-SMY |
| | ) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner (Doc. 23), seeking to have this case remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993). Here, the parties agree that on remand, the Administrative Law Judge should grant Plaintiff a new hearing, re-evaluate Plaintiff's residual functional capacity, take further action to complete the administrative record, and issue a new decision (Doc. 23).

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner (Doc. 23) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

IT IS SO ORDERED.

DATED: May 25, 2023

STACI M. YANDLE
United States District Judge