IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CV-1363-SMY |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court is the Joint Motion to Award Attorney Fees and Expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. 26).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A). The Court further finds that the amount requested is reasonable and appropriate.

Accordingly, the Joint Motion to Award Attorney Fees and Expenses under the Equal Access to Justice Act (Doc. 26) is **GRANTED**. The Court awards Plaintiff $3,000.00 for attorney's fees and expenses under the Equal Access to Justice Act. These funds shall be payable to Plaintiff in accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010); *Harrington v. Berryhill,* 906 F.3d 561 (7th Cir. 2018).

This award shall fully and completely satisfy any and all claims for fees that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. Any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to any EAJA assignment previously executed by Plaintiff and counsel.

IT IS SO ORDERED.

DATED: July 11, 2023

**STACI M. YANDLE**
**United States District Judge**